# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 12, 2019

## NO. 03-19-00302-CV

**Gene Fogle, Individually and d/b/a AAA Allstor #2, Appellant**

**v.**

**Kevin Wiley, Appellee, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES GOODWIN, BAKER, TRIANA
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on January 30, 2019. Appellant Gene Fogle, Individually and d/b/a AAA Allstor #2, filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.